**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1224**

MICHELE P. PARKS,

                Plaintiff - Appellant,

     v.

PETSMART,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:13-cv-00777-D)

Submitted:  June 26, 2014         Decided:  July 1, 2014

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michele P. Parks, Appellant Pro Se.  Stephen Frederick Dimmick, ALLEN KOPET & ASSOCIATES, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michele P. Parks appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parks v. PetSmart, No. 5:13-cv-00777-D (E.D.N.C. Feb. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED